MEMO ENDORSED

# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

May 6, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: *United States v. Margaret Flood*
20 Cr. 119 (KMK)

Dear Judge Karas:

This is an application, on consent of the government, to adjourn the sentencing proceedings for 60 to 90 days, sometime in August or September, due to the current national pandemic. The sentencing is currently set for June 8, 2020. We still need to do the safety valve proffer for my client.

Very truly yours,

/s/ Richard Willstatter
RICHARD D. WILLSTATTER

cc: Lindsey Keenan
    Assistant U.S. Attorney

Granted. The Court will hold the sentence on 9/17/20 at 11:00 AM

SO ORDERED
KENNETH M. KARAS U.S.D.J.
5/8/20