# Green & Willstatter
ATTORNEYS AT LAW
200 MAMARONECK AVENUE
SUITE 605
WHITE PLAINS, NEW YORK 10601

THEODORE S. GREEN
RICHARD D. WILLSTATTER

(914) 948-5656
FAX (914) 948-8730

E-MAIL: WILLSTATTER@MSN.COM

MEMO ENDORSED

August 12, 2020

Hon. Kenneth M. Karas
United States District Court
300 Quarropas Street
White Plains, New York 10601

Re: United States v. Margaret Flood
20 Cr. 119 (KMK)

Dear Judge Karas:

This is an application, on consent of the government, to extend the defendant's bail to include the Eastern District of New York. According to staff at Orange County Children's Services, Ms. Flood will soon be permitted to visit her minor son at a group home in Riverhead, New York.

In addition, we seek permission for Ms. Flood to change her residence from her step-father's home in Port Jervis to her natural father's home in Port Jervis commencing September 1, 2020. On that date, Ms. Flood will commence providing hospice care to her father at his home through a state-funded program and will be working there 46 hours a week.

Pretrial Services has no objection to these proposed modifications.

Granted.

So Ordered.

/s/ *signature* 8/13/20

cc: Lindsey Keenan
Assistant U.S. Attorney

Very truly yours,

/s/ *Richard Willstatter*
RICHARD D. WILLSTATTER