UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

UNITED STATES OF AMERICA,  **CONSENT TO PROCEED BY VIDEO OR TELE CONFERENCE**

-against-

Margaret Flood   7:20-cr-00119-KMK

Defendant(s).
-----------------------------------------------------------------X

Defendant Margaret Flood hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐ Initial Appearance Before a Judicial Officer

☐ Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐ Guilty Plea/Change of Plea Hearing

☐ Bail/Detention Hearing

☒ Conference Before a Judicial Officer - VOSR

/S/ Margaret Flood (by perm.ission)
Defendant's Signature
(Judge may obtain verbal consent on Record and Sign for Defendant)

Margaret Flood
Print Defendant's Name

_____
Defendant's Counsel's Signature

RICHARD D. WILLSTATTER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/26/21
Date

_____
U.S. District Judge/U.S. Magistrate Judge