UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

UNITED STATES OF AMERICA,

-against-

Margaret Flood

                Defendant(s).
------------------------------------------------------------------X

**CONSENT TO PROCEED BY**
**VIDEO OR TELE CONFERENCE**

7:20-cr-00119-KMK

Defendant Margaret Flood hereby voluntarily consents to participate in the following proceeding via ☒ videoconferencing or ☒ teleconferencing:

☐    Initial Appearance Before a Judicial Officer

☐    Arraignment (Note: If on Felony Information, Defendant Must Sign Separate Waiver of Indictment Form)

☐    Guilty Plea/Change of Plea Hearing

☐    Bail/Detention Hearing

☒    Conference Before a Judicial Officer - VOSR

/s/ Margaret Flood (by permission)
Defendant's Signature
(Judge may obtain verbal consent on
Record and Sign for Defendant)

Margaret Flood
Print Defendant's Name

_[signature]_
Defendant's Counsel's Signature

RICHARD D. WILLSTATTER
Print Counsel's Name

This proceeding was conducted by reliable video or telephone conferencing technology.

2/26/21
Date

_[signature]_
U.S. District Judge/U.S. Magistrate Judge